# EXHIBIT A

Law Division Motion Section Initial Case Management Dates for 12-Person Jury (A,B,C,D,E,F,H,R,X,Z) will be heard in Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 9/24/2025 9:30 AM

FILED
7/30/2025 12:11 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009597
Calendar, R
33798335

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| **James Keene** | | |
| | Plaintiff, | |
| v. | | **Case No:** 2025L009597 |
| **Google LLC,** | | |
| | Defendant. | |

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

FILED DATE: 7/30/2025 12:11 PM   2025L009597

**COMPLAINT**

NOW COMES the Plaintiff, James Keene ("Plaintiff"), an individual from Illinois, by and through his attorneys, Oak Brook Legal, P.C. and T. Paul S. Chawla, and for his Complaint against the Defendant, Google LLC ("Defendant" or "Google") a Delaware limited liability company, authorized to do business in Illinois, respectfully states as follows:

**PARTIES, JURISDTICTION, AND VENUE**

1.      Plaintiff, James Keene, is a resident and Citizen of Illinois, living in DuPage County Illinois.

2.      Defendant, Google LLC, is a limited liability company, authorized to do business in Illinois with a principal address within Illinois at 320 N Morgan St, Suite 600, Chicago, IL 60607.

3.      Jurisdiction and Venue are proper in Cook County, Illinois because the conduct out of which this cause arose occurred in part within Illinois and because Defendant is a resident of Illinois.

**COUNT I: Defamation – Libel Per Se**

4.      Plaintiff restates and incorporates paragraphs 1-3 above as and for this paragraph of Count I by reference as if fully set forth herein.

FILED DATE: 7/30/2025 12:11 PM   2025L009597

5. Plaintiff is a Celebrity, American author, television executive producer, and former FBI operative.

a) Plaintiff has written and published several novels and is best known for his memoir about his life and experiences, titled *In with the Devil: A Fallen Hero, a Serial Killer, and a Dangerous Bargain for Redemption* (2010).

b) Plaintiff is well known for working with the FBI to uncover the crimes of the serial killer Larry Hall who was suspected of murdering many women.

c) By helping the FBI secure evidence and proof against Hall, Plaintiff, working as an operative for the FBI, absolved himself of any wrongdoings and assisted in convicting hall for multiple murders.

6. An Apple TV Miniseries titled *Black Bird* was made about Plaintiff's true story, which was in his memoir.

7. Plaintiff is an executive movie producer and consultant on various film projects and has deals with Paramount Pictures.

8. Plaintiff owns a real estate development company and several other businesses.

9. Plaintiff has previously contacted Google LLC., concerning misleading statements Google has previously published on their platform over the past few months.

10. Google LLC is a limited liability company that is most known for its search engine, Google.com.

11. Google LLC has an Artificial Intelligence Platform named Google AI with an Artificial Intelligence Chatbot known as Gemini, both of which are accessible to users of Google.com.

12.     Gemini is an online family of multimodal large language models (LLMs) developed by Google DeepMind and used on Google.com. Gemini is capable of understanding and responding to various types of prompts including text, images, and audio.

13.     Plaintiff submitted complaints to Google LLC repeatedly in the months prior to the filing of this action concerning incorrect information about Plaintiff produced, published, or disseminated by Google.com in response to searches and other queries made by public users of Google.com.

14.     On or about May 24, 2025, through May 26, 2025 (Memorial Day Weekend, 2025). Plaintiff was made aware, though friends and acquaintances of his, of statements that Google had posted and that Google had stated as fact on its own platform Google.com.

15.     Between May 24, 2025, and May 30, 2025, Google LLC, through its platform, stated that Plaintiff "is serving a life sentence without parole for multiple convictions, according to Wikipedia." (See Exhibit 1)

16.     The statements made in Exhibit 1 were false and were published on the internet and were accessible to tens of millions of users daily.

17.     The Wikipedia article regarding Plaintiff on or about May 30, 2025, did not state that Plaintiff is serving a life sentence without parole for multiple convictions.

18.     Google LLC also stated through its platform, between May 26, 2025, and May 30, 2025, that "Plaintiff is serving a life sentence without parole for the murders of 3 women.". (See Exhibit 2)

19.     Additionally, between May 26, 2025, and May 30, 2025, when asking about Plaintiffs' net worth Google stated through its platform that the Plaintiff "in the search results refers to a criminal, not a celebrity with a known net worth.". (See Exhibit 2)

3

FILED DATE: 7/30/2025 12:11 PM    2025L009597

20.     The statements made in Exhibit 2 were false and were published on the internet and were accessible to tens of millions of users daily.

21.     The following friends and/or acquaintances of Plaintiff viewed information resulting from searches relating to James Keene on Google.com between May 24 and May 26, 2025 (Memorial Day Weekend, 2025) which was the same or substantially similar to the statements and information contained in Exhibits 1 and 2 hereto:

      a.   Kathy Psikos

      b.   Joan Obial

      c.   Mary Antonopoulos

      d.   Paul Desmarteau

      e.   Tim Keene

      f.   Phyliss Chudik

      g.   Marlene Narine

      h.   Carrianne Carroll

      i.   Sarina Margiotta

      j.   Scott Margiotta

      k.   Sam Musa

22.     Plaintiff made a complaint to Google on May 27, 2025 informing Google about the false statements made by its platform.

23.     Google privately apologized to Plaintiff, stating that the statements were an unknown error made by their Artificial Intelligence Platform.

24.     Google proceeded to edit their Platform and AI which resulted in more false statements.

FILED DATE: 7/30/2025 12:11 PM   2025L009597

25.    Google, through its platform, stated on or about May 31, 2025 that Plaintiff "was convicted of Drug Trafficking.". (See Exhibit 3)

26.    The statements made in Exhibit 3 were false and were published on the internet and were accessible to tens of millions of users daily.

27.    On May 31, 2025, Plaintiff once again contacted Google regarding the false information on their platform.

28.    Google apologized again to Plaintiff on May 31, 2025.

29.    On or about June 27, 2025, when a search, typed into the Google platform's search bar, asked, "Is Jimmy Keene sill alive," Google's AI Overview responded, "Yes, Jimmy Keene is still alive. The "Jimmy Keene" mentioned in the context of the Apple TV+ series "Black Bird" is a real person and he is alive and well. The show is based on his life story, but he was not the James Keene who passed away in 2022, according to an issue article. He is serving a life sentence without parole in Butner, North Carolina, according to Wikipedia." (See Exhibit 4)

30.    The Wikipedia article referenced by Google on or about June 27, 2025 did not state that Plaintiff was serving a life sentence without parole in Butner, North Carolina.

31.    The statements made in Exhibit 4 were false and were published on the internet and were accessible to tens of millions of users daily.

32.    Plaintiff contacted Google again and informed them about their defamatory statements; Google proceeded to apologize to Plaintiff again.

33.    By repeatedly acknowledging and then apologizing for the false statements made on their platform Google acknowledged their existence, yet allowed such untruthful statements to continue to be published through their platform over a period of at least two months; Google

demonstrably failed to take reasonable steps to correct misinformation which continued to be published with Google's actual knowledge as to the falsity of the statements.

34.     Through allowing and promoting defamatory statements despite knowing of their falsity and continuing to do so even after acknowledging their falsity, Google has shown that they have a reckless disregard for the truth or that they are publishing such statements with knowledge of their falsity and actual malice.

35.     The fact that Google has not corrected their conduct is egregious as the statements made by Google span a period over two months despite repeated requests by Plaintiff to address the defamatory publications.

36.     As a direct, proximate result of Google's false and defamatory statements and publications, plaintiff has suffered special damages in an as-of-yet undetermined amount.

37.     As a direct and proximate result of Google's false and defamatory statements and publications, stating that Plaintiff is a convicted criminal, that Plaintiff was convicted of murder and of drug trafficking, and that Plaintiff is either serving a life sentence or on parole, made with actual malice, knowledge of the falsity of the statements, and with reckless disregard for the truth, Plaintiff has suffered general damages in an amount not less of $250.000.000.

WHEREFORE, Plaintiff, James Keene, respectfully prays that this Court enter judgment in his favor and against Defendant Google LLC and award the following relief:

a. Special damages in an amount to be set after hearing the proofs in this matter;

b. General Damages not less than $250.000.000;

c. Punitive Damages for Defendant's malicious intentional conduct;

d. Attorneys' fees and costs of this action either as a separate award or as an element of punitive damages;

6

e. Pre-judgment and post-judgment interest as allowed by law;

f. Costs of suit; and such other relief the Court deems just and proper.

Respectfully submitted by:<br>
OAK BROOK LEGAL P.C.<br>
By:____ /s/ T. Paul S. Chawla _____<br>
One of Plaintiff's attorneys

T. Paul S. Chawla
Oak Brook Legal, P.C.
Atty No.: 298354
Oak Brook Legal, P.C.
3908 N. Cass Ave.
Westmont, IL 60559
630 325-5557
tschawla@oakbrooklegal.com

FILED DATE: 7/30/2025 12:11 PM   2025L009597

FILED
7/30/2025 12:11 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009597
Calendar, R

FILED DATE: 7/30/2025 12:11 PM   2025L009597

# EXHIBIT 1



FILED DATE: 7/30/2025 12:11 PM   2025L009597

# EXHIBIT 2



**10:55**

Jimmy Keene net wor

All   Images   News   Videos   Short vid

✦ **AI Overview**   Ⓦ +1   ⋮

It appears there might be some confusion as the "Jimmy Keene" mentioned in the search results refers to a criminal, not a celebrity with a known net worth. Jimmy Keene is serving a life sentence without parole for the murders of three women. There is no publicly available information about Jimmy Keene's net worth, likely because his wealth (if any) is not relevant to his case or public persona. 🔗

**Jimmy Keene - Wikipedia**

He is serving a life sentence

🔍 Jimmy Keene net worth

FILED DATE: 7/30/2025 12:11 PM   2025L009597

FILED
7/30/2025 12:11 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009597
Calendar, R

# EXHIBIT 3



12:49

Jimmy Keene net wor

All  Images  News  Videos  Short vid

✦ AI Overview                    W +1    ⋮

It appears there are at least two people named Jim or Jimmy Keene who could be being asked about. One is James R. Keene, a 19th-century financial figure, and the other is Jimmy Keene, who was convicted of drug trafficking. The provided search results do not specify the net worth of either Jim or Jimmy Keene. However, it is known that James R. Keene left a significant estate of $15 million upon his death. 🔗

🔍 Jimmy Keene 🎤

FILED DATE: 7/30/2025 12:11 PM 2025L009597

# EXHIBIT 4

https://www.google.com/search?sca_esv=f167355ffe644607&sxsrf=AE3TtfMgyc_Ic0rWh0inMkUmW7iwXKazyA-1751...

Google        Is Jimmy Keene still alive

AI Mode    All    Images    News    Videos    Short videos    Shopping    More

✦ **AI Overview**

Yes, Jimmy Keene is still alive. The "Jimmy Keene" mentioned in the context of the Apple TV+ series "Black Bird" is a real person, and he is alive and well. The show is based on his life story, but he was not the James Keene who passed away in 2022, according to an Issuu article. He is serving a life sentence without parole in Butner, North Carolina, according to Wikipedia. 🔗

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12

Court Date: 9/24/2025 9:30 AM

# SUMMONS

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

COUNTY: Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

PLAINTIFF/PETITIONER OR IN RE: James Keene
*Who started the case.*      *First, Middle, and Last Name or Business Name*

DEFENDANTS/RESPONDENTS: Google LLC,
*Who the case was filed against.*

*First, Middle, and Last Name or Business Name*

FILED
7/30/2025 12:11 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L009597
Calendar, R
33798335

**2025L009597**

**Case Number**

FILED DATE: 7/30/2025 12:11 PM    2025L009597

**The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.**

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: Richard J. Daley Center - 50 W. Washington Blvd., Chicago, IL 60602
*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*      *Time*      *Courtroom Number*

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

FILED DATE: 7/30/2025 12:11 PM   2025L009597

Case Number: _____

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
        *Courtroom Address*                         *Courtroom Number*

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
                                *Video Conference Website*

        Log-in information: _____
                       *Video Conference Log-in Information, Meeting ID, Password, etc.*

    **By telephone** at: _____
                        *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____    or    Website: _____
     *Circuit Clerk's Phone Number*                            *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ $250.000.000_____.

                       *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

    ☐ Yes    ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

    ☑ I am having 1 Defendant/Respondent served and their information is on this form below.

    ☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
                                            *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Google LLC _____
      *First, Middle, and Last Name, or Business Name*

    Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

    ILLINOIS CORPORATION SERVICE COMPANY _____
      *First, Middle, and Last Name*

Street Address: 801 ADLAI STEVENSON DRIVE _____
           *Street, Apt #*

City, State, ZIP: SPRINGFIELD, IL 62703-4261 _____
              *City*                      *State*         *Zip*

Telephone: _____    Email: _____

Case Number: _____

c.  **Second address** for this Defendant/Respondent:
☑ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
　　　　　　　　*Street, Apt #*

City, State, ZIP: _____
　　　　　　　　　*City*　　　　　　　　　　　*State*　　　*Zip*

Telephone: _____　　Email: _____

d.  Person who will serve your documents on this Defendant/Respondent:
☑ Sheriff in Illinois　☐ Special process server　☐ Licensed private detective
☐ Sheriff outside Illinois: _____
　　　　　　　　　　　　　　　*County & State*

---

**PLAINTIFF/PETITIONER INFORMATION:**
*Enter your information below.*

Name  James Keene c/o Oak Brook Legal, PC _____
　　　　　*First, Middle and Last Name*

Registered Agent's name, if any _____
　　　　　　　　　　　　　　*First, Middle and Last Name*

Street Address 3908 N. Cass Ave. _____
　　　　　　*Street, Apt #*

City, State, ZIP: Westmont, IL 60559 _____
　　　　　　*City*　　　　　　　　　　　　*State*　　　*Zip*

Telephone: 630-325-5557 _____　Email: tschawla@oakbrooklegal.com ____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP**  The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

　　　　　　　　　　7/30/2025 12:11 PM Mariyana T. Spyropoulos
Witness this Date: _____　　*Seal of Court*

Clerk of the Court: _____

**To be filled in by an officer or process server:**

Date of Service: _____
*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

○  If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.

○  If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.

　　■  If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.

○  Fill in the date above and give this copy of the *Summons* to the person served.

○  You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

FILED DATE: 7/30/2025 12:11 PM  2025L009597

*Case Number:* _____



# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

> Learn more about each step in the process and how to file in the instructions:
> ilcourts.info/summons-instructions.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:



**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

FILED DATE: 7/30/2025 12:11 PM   2025L009597

*Case Number:* _____

# PROOF OF SERVICE OF SUMMONS
# AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook _____

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** James Keene _____

*Who started the case.*    *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Google LLC, _____

*Who the case was filed against.*

_____

_____

*First, Middle, and Last Name or Business Name*

2025L009597
_____
**Case Number**

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:

*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____

*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:

Name of person served: _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: _____.

FILED DATE: 7/30/2025 12:11 PM   2025L009597

*Case Number:* _____

☐ On the **Business's agent:** _____

<em>First, Middle, Last Name</em>

    ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____

    Other information about service attempt:

    _____

    _____

    _____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____

    Other information about service attempt:

    _____

    _____

    _____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____

    Other information about service attempt:

    _____

    _____

    _____

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/_____  Print Your Name _____

You are: ☐ Sheriff in Illinois    ☐ Special process server

       ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____

<em>County and State</em>                                        <em>License number</em>

**FEES:**

    Service and Return: $_____  Miles: $_____  Total: $ 0.00 _____

FILED DATE: 7/30/2025 12:11 PM   2025L009597