**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: James Keene v. Google LLC          Case Number: 25-cv-11431

An appearance is hereby filed by the undersigned as attorney for:

Google LLC

Attorney name (type or print): Nicholas G. Gamse

Firm: Williams & Connolly LLP

Street address: 680 Maine Ave. SW

City/State/Zip: Washington, DC 20024

Bar ID Number: 1018297 (DC)          Telephone Number: 202-434-5000
(See item 3 in instructions)

Email Address: NGamse@wc.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  09/22/2025

Attorney signature:          S/ Nicholas G. Gamse
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023