**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES KEENE,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:25-cv-11431<br><br>Honorable Thomas M. Durkin |

**DEFENDANT GOOGLE LLC'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in its Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint, filed contemporaneously with this motion, Defendant, Google LLC, moves this Court for an Order dismissing Plaintiff's Complaint with prejudice.

Dated: November 5, 2025

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ Thomas G. Hentoff*

THOMAS G. HENTOFF
NICHOLAS G. GAMSE
CLAIRE R. CAHILL
JASON H. CLAYTON
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
THentoff@wc.com

*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th of November, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. On this date I further caused a copy of the foregoing document to be served on the individuals listed below via FedEx and email:

T. Paul S. Chawla
Oak Brook Legal, P.C.
3908 N. Cass Ave.
Westmont, IL 60559
tschawla@oakbrooklegal.com

*Counsel for Plaintiff*

*/s/ Thomas G. Hentoff*
Thomas G. Hentoff