# EXHIBIT 1

20,CLOSED

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:96-cr-20074-HAB-1
### Internal Use Only

Case title: USA v. Keene, et al

Date Filed: 12/19/1996

Date Terminated: 07/07/1997

Assigned to: Judge Harold A. Baker

Appeals court case number: 97-2771

### Defendant (1)

**James J Keene, Jr**
*TERMINATED: 05/05/2004*

represented by **Frank M Valenti**
128 W St Charles Rd
Villa Park, IL 60181
(630) 833-4070
*TERMINATED: 02/09/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jeffrey B Steinback**
JEFFREY B STEINBACK LLC
8351 Snaresbrook Road
Roscoe, IL 61073
847-624-9600
Email: jbsteinbacklaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Marc W Martin**
Ste 1420
53 W Jackson Blvd
Chicago, IL 60604
(312)726-9015
*TERMINATED: 02/24/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Seventh Circuit Appointment*

**Robert E Burrows**
Ste 802
19 S LaSalle
Chicago, IL 60603
(312) 424-0240
*TERMINATED: 02/09/1998*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F (On or about 8/95 thru 12/17/96 Conspiracy to Distribute Cocaine in violation of 21:846; CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE<br>(1) | Judgment of court, defendant committed to the custody of the BOP for a term of 120 months. Upon release from incarceration, the defendant is placed on supervised release for a term of 8 years and under special conditions. The defendant is remanded to the custody of the USM. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841A=CD.F (On or about 10/17/96 and 10/24/96 Distribution of Cocaine in violation of 21:841(a)(1) and 21:841(b)(1)(C); CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE<br>(3-4) | Oral motion of the Government, Counts III, IV, V and VI are dismissed. |
| 21:841A=CD.F (On or about 11/7/96 Possession of cocaine with Intent to Distribute in violation of 21:841(a)(1) and 21:841(b)(1)(C); CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE<br>(5) | Oral motion of the Government, Counts III, IV, V and VI are dismissed. |
| 18:922G.F (On or about 11/7/96 Possession of a Firearm by Convicted Felon in violation of 18:922(g)(1); UNLAWFUL TRANSPORT OF FIREARMS, ETC.<br>(6) | Oral motion of the Government, Counts III, IV, V and VI are dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Lawrence S Beaumont , I**<br>Suite 700<br>650 N Dearborn St.<br>Chicago, IL 60654 |
|---|---|---|

ELECTRONIC FILING SYSTEM - ilcd

312-287-2225  
Email: l.beaumont@att.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

[Email All Attorneys]  
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Select all / clear | Sort Order | Docket Text |
|---|---|---|---|---|
| 12/19/1996 | 1 | | | INDICTMENT by AUSA Lawrence S Beaumont. Counts filed against James J Keene (1) count(s) 1, 3-4, 5, 6, Veronica L Duncan (2) count(s) 1, 2, Terri L DeCarlo (3) count(s) 2 (CASE ORDERED SEALED) (JAB, ilcd) (Entered: 12/23/1996) |
| 12/20/1996 | 2 | | | Arrest Warrant issued for James J Keene Jr by Mag. Judge David G. Bernthal (JAB, ilcd) (Entered: 12/23/1996) |
| 01/09/1997 | | | | MINUTES: before Mag. Judge David G. Bernthal. On motion of the United States by AUSA Lawrence Beaumont, the indictment herein is ordered unsealed. (cc: AUSA/USPO/USM/FPD) (cc: AUSA/USPO/USM/FPD) (S, ilcd) (Entered: 01/09/1997) |
| 01/10/1997 | | | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Lawrence Beaumont, AUSA, for Govt. Dft Keene appears & without counsel. Dft advises court he will retain counsel. Oral motion by Govt to detain dft; allowed. Detention hearing and arraignment set January 15, 1997 at 1:30 p.m. Dft remanded to custody of USM. (cc: all counsel) (S, ilcd) (Entered: 01/13/1997) |
| 01/10/1997 | | | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Lawrence Beaumont, AUSA, for Govt. Dft DeCarlo appears & without counsel. Financial Affidavit filed by dft. Court finds dft does not qualify for court appointed counsel. Oral motion by Govt to detain dft; allowed. Detention hearing and arraignment set January 14, 1997 at 4:00 p.m. Temporary order of detention to be entered. Dft remanded to custody of USM. (cc: all counsel) (JAB, ilcd) (Entered: 01/13/1997) |
| 01/14/1997 | 8 | | | SCHEDULING ORDER by Mag. Judge David G. Bernthal (cc: all counsel) (JAB, ilcd) (Entered: 01/15/1997) |
| 01/14/1997 | 11 | | | ORDER of Detention of James J Keene Jr pending trial by Mag. Judge David G. Bernthal (cc: all counsel). (JAB, ilcd) (Entered: 01/17/1997) |

| | | | | |
|---|---|---|---|---|
| 01/15/1997 | | | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Lawrence Beaumont, AUSA, for Govt. Dft Keene appears. Evidence by Govt as to detention; witnesses sworn; test hrd. Evidence for the dft; witnesses sworn; test hrd. Arguments by counsel heard. Court denies Govt's motion for detention. Arraignment held . Dft James J Keene Jr arraigned; not guilty plea entered. Attorney Robert E Burrows present with dft. $10,000 O/R Bond set for James J Keene Jr and under special conditions. Pretrial conference set March 6, 1997 at 3:00 p.m.; jury selection and jury trial set March 17, 1997 at 9:00 a.m. before Judge Harold A. Baker. (cc: all counsel) (JAB, ilcd) (Entered: 01/17/1997) |
| 01/15/1997 | 9 | | | APPEARANCE BOND ( $10,000 O/R) by James J Keene Jr (JAB, ilcd) (Entered: 01/17/1997) |
| 01/15/1997 | 10 | | | ORDER by Mag. Judge David G. Bernthal setting conditions of release for James J Keene Jr (JAB, ilcd) (Entered: 01/17/1997) |
| 01/15/1997 | 12 | | | MOTION for leave to appear pro hac vice by attorney Nathan by James J Keene Jr (JAB, ilcd) (Entered: 01/21/1997) |
| 01/15/1997 | | | | ENDORSED Order granting motion for leave to appear pro hac vice by attorney Nathan [12-1] by Mag. Judge David G. Bernthal (cc: all counsel) (JAB, ilcd) (Entered: 01/21/1997) |
| 01/17/1997 | 13 | | | Arrest Warrant returned executed as to James J Keene Jr 1/9/97 (JAB, ilcd) (Entered: 01/23/1997) |
| 01/24/1997 | | | | MINUTES: before Mag. Judge David G. Bernthal. Per atty Tony Brasel's request and with no objection by the Government, Arraignment as to dft Veronica Duncan, vacated for 1/24/97 and re-set to January 31, 1997 at 1:30 p.m. (cc: all counsel) (JAB, ilcd) Modified on 01/24/1997 (Entered: 01/24/1997) |
| 01/28/1997 | 16 | | | PRIOR offense information by USA as to defendant James J Keene Jr (JAB, ilcd) (Entered: 01/28/1997) |
| 03/04/1997 | | | | MINUTES: before Judge Harold A. Baker pretrial conference re-set from 3/6/97 to MARCH 14, 1997 at 11:00 a.m. as to dft KEENE. (cc: all counsel) (JAB, ilcd) (Entered: 03/04/1997) |
| 03/04/1997 | | | | MINUTES: before Judge Harold A. Baker pretrial conference re-set from 3/6/97 to MARCH 5, 1997 at 3:00 p.m. as to dft VERONICA DUNCAN. (cc: all counsel) (JAB, ilcd) (Entered: 03/04/1997) |
| 03/06/1997 | | | | MINUTES: before Judge Harold A. Baker. Appearance of Lawrence Beaumont, AUSA, for Govt. Dft DeCarlo appears & with counsel, Art Lerner. Pretrial conference re-set to MARCH 14, 1997 at 9:30 a.m. (cc: all counsel) (JAB, ilcd) (Entered: 03/07/1997) |
| 03/14/1997 | | | | MINUTES: before Judge Harold A. Baker. Appearance of Lawrence Beaumont, AUSA, for Govt. Dft Keene appears & with counsel Frank Valenti and Robert Burrows. Oral motion by atty Burrows to withdraw as counsel; allowed. Atty Valenti enters his appearance for dft Keene. Pretrial conference vacated due to change of plea. Jury selection and jury trial vacated for 3/17/97 . Written plea agreement filed. James J Keene Jr enters guilty plea to Count I. Sentencing |

| | | | | |
|---|---|---|---|---|
| | | | | hearing set JULY 3, 1997 at 11:00 a.m. Dft's bond to remain in force. (cc: all counsel) (JAB, ilcd) (Entered: 03/14/1997) |
| 03/14/1997 | 21 | | | PLEA Agreement as to James J Keene Jr (JAB, ilcd) (Entered: 03/14/1997) |
| 03/14/1997 | 22 | | | MOTION on behalf of dft Keene for leave to appear as his attorney by attorney Frank M. Valenti. (JAB, ilcd) (Entered: 03/14/1997) |
| 03/14/1997 | 23 | | | APPEARANCE of Attorney for James J Keene Jr by Frank M Valenti (JAB, ilcd) (Entered: 03/14/1997) |
| 05/14/1997 | | | | MINUTES: before Judge Harold A. Baker; sentencing hearing previously set 9:00 7/2/97 as to dft V. Duncan is RESET to 10:00 7/3/97 in Urbana, IL. (cc: all counsel, US Marshal, US Probation) (SJ, ilcd) (Entered: 05/14/1997) |
| 05/14/1997 | | | | MINUTES: before Judge Harold A. Baker; sentencing hearing previously set 10:00 7/3/97 as to dft T. DeCarlo is RESET to 10:30 7/3/97 in Urbana, IL. (cc: all counsel, US Marshal, US Probation) (SJ, ilcd) (Entered: 05/14/1997) |
| 05/30/1997 | 24 | | | MOTION to modify conditions of bond by James J Keene Jr (JAB, ilcd) (Entered: 05/30/1997) |
| 05/30/1997 | | | | MINUTES: before Judge Harold A. Baker. Appearance of Lawrence Beaumont, AUSA, for Govt. Dft Keene appears in person & with atty David Cuomo by telephone. Hearing held denying motion to modify conditions of bond [24-1]. (cc: all counsel) (JAB, ilcd) (Entered: 05/30/1997) |
| 06/26/1997 | 25 | | | Defendant's Commentary on SENTENCING memorandum re James J Keene Jr (JAB, ilcd) (Entered: 06/26/1997) |
| 07/02/1997 | 27 | | | MOTION to continue final disposition by James J Keene Jr (JAB, ilcd) (Entered: 07/02/1997) |
| 07/02/1997 | 28 | | | RESPONSE by plaintiff USA to motion to continue final disposition [27-1] (JAB, ilcd) (Entered: 07/02/1997) |
| 07/03/1997 | 33 | | | SHORT RECORD ON APPEAL sent to USCA as to dft DeCarlo. (JAB, ilcd) (Entered: 07/03/1997) |
| 07/03/1997 | | | | MINUTES: before Judge Harold A. Baker. Appearance of Lawrence Beaumont, AUSA, for Govt. Dft Keene appears & with counsel, Frank Valenti. Hearing held denying motion to continue final disposition or change conditions [27-1] Sentencing hearing convened . Evidence for the defendant. Witnesses sworn; test hrd. Evidence for the Govt. Witnesses sworn; test hrd. Sentencing hearing continued to 7/7/97 at 8:00 a.m. (cc: all counsel) (JAB, ilcd) (Entered: 07/07/1997) |
| 07/07/1997 | | | | MINUTES: before Judge Harold A. Baker. Appearance of Lawrence Beaumont, AUSA, for Govt. Dft Keene appears & with counsel, Frank Valenti. Continuation of sentencing hearing held . Further evidence for the Govt; witness sworn; test hrd. Rebuttal evidence for the dft; witness sworn; test hrd. Proofs closed. Personal statement by dft. Sentencing James J Keene (1) count(s) 1. Judgment of court, defendant committed to the custody of the BOP for a term of 120 months. Upon release from incarceration, the defendant is placed on |

| | | | | |
|---|---|---|---|---|
| | | | | supervised release for a term of 8 years and under special conditions. He is fined the sum of $10,000 and is directed to pay a $100 special assessment. The defendant is remanded to the custody of the USM. Dismissing counts as to James J Keene Jr; James J Keene (1) count(s) 3-4, 5, 6 . Oral motion of the Government, Counts III, IV, V and VI are dismissed with prejudice. Defendant advised of his right to appeal. Clerk is directed to prepare a notice of appeal on behalf of dft. The defendant is remanded to the custody of the USM. (cc: all counsel) (JAB, ilcd) (Entered: 07/07/1997) |
| 07/07/1997 | 37 | | | ORDER on Final Disposition as to dft Terri DeCarlo by Judge Harold A. Baker (cc: all counsel) (JAB, ilcd) (Entered: 07/07/1997) |
| 07/07/1997 | 38 | | | ORDER on Final Disposition as to dft Veronica Duncan by Judge Harold A. Baker (cc: all counsel) (JAB, ilcd) (Entered: 07/07/1997) |
| 07/08/1997 | 39 | | | JUDGMENT and Commitment Order as to defendant James J Keene Jr by Judge Harold A. Baker (JAB, ilcd) (Entered: 07/08/1997) |
| 07/08/1997 | 40 | | | ORDER on Final Disposition as to dft Keene by Judge Harold A. Baker (cc: all counsel) (JAB, ilcd) (Entered: 07/08/1997) |
| 07/08/1997 | 41 | | | NOTICE of Appeal to Circuit Court by defendant James J Keene Jr [39-1] (cc: all counsel) (JAB, ilcd) (Entered: 07/08/1997) |
| 07/08/1997 | 42 | | | PRESENTENCE Report on James J Keene Jr ( original sealed ) (JAB, ilcd) (Entered: 07/08/1997) |
| 07/08/1997 | 43 | | | SENTENCING recommendation (original sealed) as to defendant James J Keene Jr (JAB, ilcd) (Entered: 07/08/1997) |
| 07/08/1997 | 44 | | | SHORT RECORD ON APPEAL sent to USCA as to dft Keene. (JAB, ilcd) (Entered: 07/08/1997) |
| 07/14/1997 | 45 | | | Notification by USCA of Appellate Docket Number 97-2659 as to dft DeCarlo. (JAB, ilcd) (Entered: 07/14/1997) |
| 07/17/1997 | 46 | | | Notification by USCA of Appellate Docket Number 97-2771 as to dft Keene. (JAB, ilcd) (Entered: 07/17/1997) |
| 07/18/1997 | 47 | | | ORDER from USCA entered 7/14/97 as to counsel complying with Fed. R. App. P. 10(b) regarding transcripts. (JAB, ilcd) (Entered: 07/18/1997) |
| 07/24/1997 | 48 | | | ORDER from USCA entered 7/21/97 as to counsel complying with Fed. R. App. P. 10(b) as to transcripts as to dft Keene. (JAB, ilcd) (Entered: 07/24/1997) |
| 07/24/1997 | 49 | | | ORDER from USCA entered 7/21/97 as to briefing schedule and consolidating the appeals for dft's DeCarlo and Keene. (JAB, ilcd) (Entered: 07/24/1997) |
| 07/25/1997 | | | | LETTER from the Clerk's Office to the US Court of Appeals advising of payment of filing fee as to dft DeCarlo. Also called USCA Clerk's Office. (JAB, ilcd) (Entered: 07/25/1997) |
| 07/30/1997 | 51 | | | TRANSCRIPT of Plea heard 3/14/97 and Final Disposition heard 7/3/97 as to dft Keene. (JAB, ilcd) (Entered: 07/30/1997) |

| | | | | |
|---|---|---|---|---|
| 08/15/1997 | 52 | | | TRANSCRIPT order form 1/14/97 and 7/3/97 [32-1] (JAB, ilcd) (Entered: 08/25/1997) |
| 09/10/1997 | 53 | | | MOTION for order to release record for appeal by James J Keene Jr (JAB, ilcd) (Entered: 09/10/1997) |
| 09/10/1997 | 54 | | | RECEIVED fee from James J Keene Jr re [41-1] in amount of $ 105.00; receipt (#032425) (JAB, ilcd) (Entered: 09/10/1997) |
| 09/11/1997 | | | | ENDORSED Order granting motion for order to release record for appeal [53-1] by Mag. Judge David G. Bernthal (cc: all counsel) (JAB, ilcd) (Entered: 09/11/1997) |
| 09/11/1997 | | | | REMARK as to James J Keene Jr; mailed to attorney Marc W. Martin one volume of pleadings and one volume of transcript. (JAB, ilcd) (Entered: 09/11/1997) |
| 09/18/1997 | 55 | | | TRANSCRIPT of Plea and Final Disposition of defendant Terri DeCarlo. (JAB, ilcd) (Entered: 09/18/1997) |
| 11/21/1997 | | | | REMARK as to James J Keene Jr; received from attorney Marc Martin appeal record. (JAB, ilcd) (Entered: 11/21/1997) |
| 02/06/1998 | 57 | | | (Faxed) ORDER from USCA directing the Clerk transmit the court file as to dft DeCarlo (their #97-2659) and dft Keene (their # 97-2771). (JAB, ilcd) (Entered: 02/09/1998) |
| 02/09/1998 | | | | CLERK'S RECORD on appeal transmitted to USCA as to dfts' Keene and DeCarlo. Mailed one volume of pleadings, one volume of transcript and four 'in camera' envelopes; their 97-2659 and 97-2771. (JAB, ilcd) (Entered: 02/09/1998) |
| 06/19/1998 | 58 | | | MOTION to stay the date in which the Government may file a Rule 35 motion by USA as to James J Keene Jr (JAB, ilcd) (Entered: 06/19/1998) |
| 07/15/1998 | | | | MINUTES: before Judge Harold A. Baker setting motion to stay the date in which the Government may file a Rule 35 motion [58-1] at 3:00 pm on 7/20/98 by personal appearance in Courtroom B in Urbana, IL (cc: all counsel) (KC, ilcd) (Entered: 07/15/1998) |
| 07/20/1998 | | | | MINUTES: before Judge Harold A. Baker Parties present in open court by AUSA Beaumont/no appearance by defendant or counsel. Government informs court of specifics of motion to stay. Court is granting motion to stay the date in which the Government may file a Rule 35 motion [58-1]. Time to file is 10/30/98 by 5:00 PM (cc: all counsel) (SH, ilcd) (Entered: 07/21/1998) |
| 09/28/1998 | | | | RECORD ON APPEAL returned from U.S. Court of Appeals, received one volume of pleadings, one volume of transcript and 4 "In Camera" envelopes. (JAB, ilcd) (Entered: 09/28/1998) |
| 09/28/1998 | 60 | | | MANDATE from Circuit Court of Appeals affirming the decision of the District Court [41-1], affirming the decision of the District Court [32-1] (JAB, ilcd) (Entered: 09/28/1998) |
| 11/24/1998 | 61 | | | MOTION for medical examination by USA (titled as Motion for Reduction of Sentence Under Rule 35(B)) as to James J Keene Jr (SJ, ilcd) (Entered: 11/24/1998) |

| | | | | |
|---|---|---|---|---|
| 12/01/1998 | 62 | | | ORDER by Judge Harold A. Baker granting motion for medical examination [61-1]; medical examination ordered for James J Keene Jr (cc: all counsel/USPO/USM'S) (JAB, ilcd) (Entered: 12/01/1998) |
| 01/06/1999 | 63 | | | REMARK as to James J Keene Jr; return of service on order of 12/1/98; dft delivered to Medical Center, Springfield, MO on 12/8/98. (JAB, ilcd) (Entered: 01/06/1999) |
| 01/28/1999 | 66 | | | RECEIPT for Pre-sentence Report as to defendant James J Keene Jr (JAB, ilcd) (Entered: 02/04/1999) |
| 02/11/1999 | 67 | | | Psychiatric Evaluation report received for James J Keene Jr (REPORT FILED UNDER SEAL) (JAB, ilcd) (Entered: 02/11/1999) |
| 02/22/1999 | | | | MINUTES: before Judge Harold A. Baker. As to dft KEENE, a hearing on the Government's Rule 35 motion is set for FEBRUARY 24, 1999 at 9:00 a.m. (cc: all counsel/USPO/USM'S) (JAB, ilcd) (Entered: 02/22/1999) |
| 02/23/1999 | 68 | | | MOTION for reduction of sentence under Rule 35(B) by USA as to James J Keene Jr (filed under seal) (SJ, ilcd) (Entered: 02/23/1999) |
| 02/24/1999 | | | | MINUTES: before Judge Harold A. Baker. Appearance of Lawrence Beaumont, AUSA, for Govt. Dft KEENE appears in person & with counsel, Jeff Steinback. Hearing on motion for reduction of sentence under Rule 35(B) [68-1]. Statements by counsel heard. Statement in allocution by dft Keene. Court finds dft has rendered assistance and grants the Rule 35(B) motion. Judgment of the court, the defendant is committed to the BOP for a term of 35 months with credit for time already served. The fine of $10,000 previously imposed is ordered remitted by the Court. All other aspects of the sentence are to remain. The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USM'S) (JAB, ilcd) Modified on 02/26/1999 (Entered: 02/25/1999) |
| 02/26/1999 | 69 | | | AMENDED JUDGMENT and Commitment Order as to defendant James J Keene Jr by Judge Harold A. Baker (JAB, ilcd) (Entered: 02/26/1999) |
| 03/29/1999 | 70 | | | JUDGMENT and Commitment returned executed 3/24/99 as to James J Keene (1) count(s) 1 to FCI-Milan (S, ilcd) (Entered: 03/29/1999) |
| 05/07/1999 | 72 | | | LETTER from the Clerk's Office to the Clerk's Office for the Northern District of Illinois with copies of pleadings from our court file as to dft Veronica Duncan. (JAB, ilcd) (Entered: 05/07/1999) |
| 05/20/1999 | 73 | | | LETTER in acknowledgement from ND IL for receipt of documents pertaining to transfer of jurisdiction on Dft Veronica Duncan (VB, ilcd) (Entered: 05/20/1999) |
| 02/17/2000 | 74 | | | TRANSFER OF JURISDICTION as to defendant James J Keene Jr to Northern District of Chicago (JAB, ilcd) (Entered: 02/17/2000) |
| 02/17/2000 | | | | REMARK as to James J Keene Jr; mailed to the U. S. Clerk's Office, Chicago, IL certified copies of our docket entries. Transfer of Jurisdiction, Indictment and Judgment and Commitment Order as to dft Keene. (JAB, ilcd) (Entered: 02/17/2000) |

| | | | | |
|---|---|---|---|---|
| 02/28/2000 | 75 | | | LETTER received from the Northern District of IL acknowledging receipt of pleadings as to dft KEENE. (JAB, ilcd) (Entered: 02/29/2000) |
| 05/07/2002 | | | | ARCHIVES FILE sent to FRC, Chicago on 3/6/02, Accession No. 021 02 0030 Box No. 8 of 18 Location 875689 875706 (KW, ilcd) (Entered: 05/07/2002) |



or